This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

**v.**                                              **NO. 29,924**

**RICHARD A. BECKER,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF CHAVES COUNTY**
**Charles C. Currier, District Judge**

Gary K. King, Attorney General
Santa Fe, NM
Max Shepherd
Albuquerque, NM

for Appellant

Ramon I Garcia
Roswell, NM

for Appellee

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

The State appeals from the district court's Order Sealing Arrest Records. This Court's first notice proposed to dismiss the State's appeal on grounds that the order appealed from is not final. *See Khalsa v. Levinson*, 1998-NMCA-110, ¶ 12, 125 N.M. 680, 964 P.2d 844 ("Whether an order is a 'final order' within the meaning of the statute is a jurisdictional question that an appellate court is required to raise on its own motion."). The State filed a memorandum in opposition to the proposed disposition, but conceded that there is no pleading on record to indicate that the trial court has ruled on the amended petition to expunge. Consequently, the State agrees that there is not a final appealable order before this Court. For these reasons, and those stated in the first notice, we dismiss the appeal.

**IT IS SO ORDERED.**

_____
**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____
**ROBERT E. ROBLES, Judge**

_____
**LINDA M. VANZI, Judge**

2

